IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:21-CR-00167-DGK-01 |
| DAVID T. THOMPSON, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On November 4, 2022, the Honorable Lajuana M. Counts, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation (ECF No. 47), recommending that Defendant David T. Thompson's guilty plea be accepted and that Defendant be adjudged guilty of possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Count 2).

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). In light of the evidence in the record and the lack of objection from either party, the Court adopts the Report and Recommendation and accepts Defendant's plea of guilty. The Court, thus, finds Defendant guilty of possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Count 2). Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date: December 15, 2022　　　　　　　　/s/ Greg Kays
　　　　　　　　　　　　　　　　　　　GREG KAYS, JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT